QUIN DENVIR, Bar #49374
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HOLLIS J. SPIKES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-361 AWI |
| | ) | (Formerly Nos. MG-F-03-20042 TAG and |
| Plaintiff/Appellee, | ) | MG-F-02-20762 TAG) |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AMENDING BRIEFING |
| HOLLIS J. SPIKES, | ) | SCHEDULE; AND ORDER THEREON |
| | ) | |
| Defendant/Appellant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorney of record herein, that the briefing schedule will be amended as follows:

Appellant's Opening Brief shall be served and filed on or before **January 10, 2006**;

Appellee's Answering Brief shall be served and filed on or before **January 24, 2006**;

Appellant's Optional Reply Brief shall be served and filed on or before **February 3, 2006**.

DATED: December 20, 2005                              DATED: December 20, 2005

McGREGOR W. SCOTT                                     QUIN DENVIR
United States Attorney                                Federal Defender


/s/Stanley A. Boone                                   /s/ Carrie S. Leonetti
STANLEY A. BOONE                                      CARRIE S. LEONETTI
Assistant U.S. Attorney                               Assistant Federal Defender
Attorney for Plaintiff                                Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:   December 23, 2005**                        /s/ Anthony W. Ishii
0m8i78                                                UNITED STATES DISTRICT JUDGE