```
QUIN DENVIR, Bar #49374
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HOLLIS J. SPIKES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff/Appellee,<br><br>  v.<br><br>HOLLIS J. SPIKES,<br><br>          Defendant/Appellant. | NO.  1:05-cr-361 AWI<br>(Formerly Nos. MG-F-03-20042 TAG and<br>MG-F-02-20762 TAG)<br><br>REQUEST FOR VOLUNTARY DISMISSAL;<br>APPELLANT'S CONSENT TO DISMISSAL;<br>ORDER |

      Defendant, Hollis J. Spikes, appealed his conviction and sentence after sentencing by Judge Theresa A. Goldner, United States Magistrate Judge.  The matter has been assigned to the docket of the Honorable Anthony W. Ishii.  After due consideration of the record of proceedings in this case, the defense requests that the appeal be dismissed.

      DATED: December 29, 2005

                                            Respectfully submitted,

                                            QUIN DENVIR
                                            FEDERAL DEFENDER

                                            /s/ Carrie S. Leonetti
                                            CARRIE S. LEONETTI
                                            Assistant Federal Defender
                                            Attorneys for Defendant

**<u>APPELLANT'S CONSENT TO DISMISSAL</u>**

      I have fully discussed my appeal of my conviction and sentence with my attorney.  I hereby

consent to dismissal of my appeal.

DATED: December 29, 2005

/s/ Hollis J. Spikes
HOLLIS J. SPIKES
Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:   January 18, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE

Request for Voluntary Dismissal; Appellant's
Consent to Dismissal